1 HANSON BRIDGETT LLP
ALEXANDER J. BERLINE, SBN 158098
2 aberline@hansonbridgett.com
425 Market Street, 26th Floor
3 San Francisco, California 94105
Telephone: (415) 777-3200
4 Facsimile: (415) 541-9366

5 Attorneys for Plaintiffs
HAWK LING LOU, an individual and as
6 Trustee of the Hawk Ling Lou and Ketty
Fong Lou Revocable Trust dated January 27,
7 1998, and KETTY FONG LOU, an individual
and as Trustee of the Hawk Ling Lou and
8 Ketty Fong Lou Revocable Trust dated
January 27, 1998

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| HAWK LING LOU, an individual and as Trustee of the Hawk Ling Lou and Ketty Fong Lou Revocable Trust dated January 27, 1998, and KETTY FONG LOU, an individual and as Trustee of the Hawk Ling Lou and Ketty Fong Lou Revocable Trust dated January 27, 1998,<br><br>Plaintiff,<br><br>v.<br><br>EVANSTON INSURANCE COMPANY,<br><br>Defendant. | Case No. 3:19-cv-07478-TSH<br><br>**STIPULATION & ORDER OF DISMISSAL WITH PREJUDICE** |

| | |
|---|---|
| 1 | Plaintiffs HAWK LING LOU, an individual and as Trustee of the Hawk Ling Lou and Ketty Fong Lou Revocable Trust dated January 27, 1998, and KETTY FONG LOU, an individual and as Trustee of the Hawk Ling Lou and Ketty Fong Lou Revocable Trust dated January 27, 1998 ("Plaintiffs") and Defendant EVANSTON INSURANCE COMPANY ("Evanston"), (collectively referred to as the "Parties") jointly submit this Stipulated Dismissal. |

Plaintiffs HAWK LING LOU, an individual and as Trustee of the Hawk Ling Lou and Ketty Fong Lou Revocable Trust dated January 27, 1998, and KETTY FONG LOU, an individual and as Trustee of the Hawk Ling Lou and Ketty Fong Lou Revocable Trust dated January 27, 1998 ("Plaintiffs") and Defendant EVANSTON INSURANCE COMPANY ("Evanston"), (collectively referred to as the "Parties") jointly submit this Stipulated Dismissal.

The Parties have reached a confidential settlement agreement for a full and complete settlement of this case, which has been signed by all Parties. Accordingly, the Parties agree to dismiss this case in its entirety with prejudice. Each party shall bear its own attorney's fees and costs incurred in this case.

DATED: April 2, 2020　　　　　　　　　　HANSON BRIDGETT LLP

By: /s/ Alexander J. Berline
ALEXANDER J. BERLINE
Attorneys for Plaintiff
HAWK LING LOU, an individual and as Trustee of the Hawk Ling Lou and Ketty Fong Lou Revocable Trust dated January 27, 1998, and KETTY FONG LOU, an individual and as Trustee of the Hawk Ling Lou and Ketty Fong Lou Revocable Trust dated January 27, 1998

DATED: April 2, 2020　　　　　　　　　　CLARK HILL LLP

By: /s/ Gary A. Hamblet
GARY A. HAMBLET
DAVID M. PLOUFF
Attorneys for Defendant Evanston Insurance Company

PURSUANT TO STIPULATION, THIS CASE IS ORDERED DISMISSED:

DATED: April 2, 2020

By: [signature]
HONORABLE THOMAS S. HIXSON
United States Magistrate District Judge